FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2019 JAN 11 PM 3: 06

CLERK _____
SO. DIST. GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

*IN RE:*                                        )
                                                )
*STAY OF CIVIL PROCEEDINGS IN*                  )
*THE UNITED STATES DISTRICT*                    )    ADMINISTRATIVE ORDER NO.
*COURT FOR THE SOUTHERN*                        )
*DISTRICT OF GEORGIA IN LIGHT*                  )    MC119-0002
*OF LAPSE OF APPROPRIATIONS*                    )
                                                )
                                                )

## ADMINISTRATIVE ORDER STAYING CIVIL PROCEEDINGS IN LIGHT OF
## LAPSE OF APPROPRIATIONS

WHEREAS, federal funding for certain functions of the United States of America,

including the Department of Justice, lapsed at midnight of December 21, 2018,

WHEREAS, since that time, no appropriation bill or continuing resolution has

been passed that would restore funding to the Department or other federal agencies that

have also experienced a lapse in appropriations,

WHEREAS, attorneys and other employees of the Civil Division of the United

States Attorney's Office for the Southern District of Georgia, with limited exceptions, are

prohibited from working, even on a voluntary basis, during the lapse of funding,

WHEREAS employees of many other federal agencies who may have matters

before the Court, with limited exceptions, also are prohibited from working, even on a

voluntary basis, during the lapse of funding,

WHEREAS the United States Attorney for the Southern District of Georgia, on

behalf of the United States, its federal agencies, and its officers and employees, has filed

an emergency motion for an administrative order staying all civil cases in which the United States, its federal agencies, and its officers and employees are named parties or in which the United States Attorney or any Assistant United States Attorney is counsel of record based on the current lapse in appropriations,

IT IS HEREBY ORDERED that any and all civil cases (excluding civil immigration habeas matters) pending in the District Court of the Southern District of Georgia in which the United States, any of its federal agencies, or any of its officers and/or employees is a named party, including any such matter pending before a Magistrate Court Judge, is HEREBY STAYED until Congress has restored appropriations to the Department of Justice and the subject client agency or agencies, or enacted another continuing resolution, restoring funds to the Department and the subject client agency or agencies.

It is FURTHER ORDERED that any and all civil cases (excluding civil immigration matters) pending in the District Court of the Southern District of Georgia in which the United States Attorney or any Assistant United States Attorney is counsel of record, including any such matter pending before a Magistrate Court Judge, is HEREBY STAYED until Congress has restored appropriations to the Department of Justice and the subject client agency or agencies, or enacted another continuing resolution, restoring funds to the Department and the subject client agency or agencies.

It is FURTHER ORDERED that the United States Attorney's Office shall notify the Court as soon as Congress has appropriated funds for the Department of Justice and the subject client agency or agencies or enacted another continuing resolution restoring funds to the Department and the subject client agency or agencies.

It is FURTHER ORDERED that at the point that Congress has appropriated funds for the Department and the subject client agency or agencies, or enacted another continuing resolution, restoring funds to the Department and the subject client agency or agencies, all deadlines in place as of the date of this Order shall automatically be extended for a period of time commensurate with the duration of the lapse in appropriations without further order of the Court.

SO ORDERED this /1th day of January, 2019.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

DUDLEY H. BOWEN, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

[SIGNATURES CONTINUED ON FOLLOWING PAGES]

[SIGNATURES CONTINUED]

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

[SIGNATURES CONTINUED]


_____
LISA GODBEY WOOD
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

[SIGNATURES CONTINUED]

R. STAN BAKER
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA