IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

LATOYIA TRAIMAINE GIBBONS,  )
 )
    Plaintiff,  )
 )
v.  ) CASE NO. CV418-006
 )
NANCY A. BERRYHILL, acting  )
Commissioner of the Social  )
Security Administration,  )
 )
    Defendant.  )
 )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation, to which no objections have been filed. (Doc. 18.) After careful consideration, the report and recommendation is **ADOPTED** as the Court's opinion in this case and the Commissioner's final decision is **AFFIRMED**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 25th day of February 2019.

                                                     WILLIAM T. MOORE, JR.
                                                   UNITED STATES DISTRICT COURT
                                                   SOUTHERN DISTRICT OF GEORGIA



FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2019 FEB 25 AM 11:58
CLERK
SO. DIST. OF GA.